IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA LOPEZ PENA | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:22-cv-00074 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| D/B/A WAL-MART SUPER-CENTER | § | |
| #3320 | § | |
|    Defendant. | § | JURY DEMANDED |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1332 and 1441 (DIVERSITY)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW WAL-MART STORES TEXAS, LLC D/B/A WAL-MART SUPER-CENTER #3320, Defendant in the above entitled and numbered cause, and file this Notice of Removal of the present cause from the 139th Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1.    This cause was commenced in the 139th Judicial District Court of Hidalgo County, Texas, on February 7, 2022, when Plaintiff's Original Petition was filed in Cause No. C-0481-22-C, wherein Plaintiff named Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Super-Center #3320 as the sole Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2.    Defendant Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Super-Center #3320 (hereinafter "Wal-Mart Stores Texas, LLC") was served with a copy of Plaintiff's Original Petition

on February 17, 2022.  A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff filed this civil action against Wal-Mart Stores Texas, LLC. asserting premises liability and negligence claims arising from an incident which is alleged to have occurred on or about June 25, 2020, while Plaintiff was a patron at Defendant's premises located at 215 E. Mile 3 Road, Palmhurst, Texas 78573.  Pl.'s Orig. Pet. at ¶ 6.

4. Defendant Wal-Mart Stores Texas, LLC filed a responsive pleading in State Court on February 25, 2022, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff resides in Hidalgo County in the State of Texas.  *Id*. at ¶ 2. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Wal-Mart Stores Texas, LLC was, at the time of the filing of Plaintiff's Original Petition and is, at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

7. Wal-Mart Stores Texas, LLC has one member, Wal-Mart Real Estate Business Trust.  Wal-Mart Real Estate Business Trust was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas.  The sole shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

8. Wal-Mart Property Co. is not a citizen of the State of Texas.  Wal-Mart Property Co. was, at the time of the filing of Plaintiff's Original Petition, and is at the time of filing of this

Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

9. Complete diversity of citizenship therefore exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

10. Plaintiff claims in her Original Petition that she seeks "monetary relief over $1,000,000.00." Pl. Orig. Pet. at ¶ 18. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

11. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

12. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

13. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

14. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 139th Judicial District Court of Hidalgo County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER LLP

By: */s/Jaime A. Saenz*
    Jaime A. Saenz, Attorney-in-Charge
    Texas Bar No. 17514859
    Southern District Admissions No. 7630
    Email: ja.saenz@rcclaw.com
    Elizabeth Ferguson Herrera
    Texas Bar No. 24087716
    Southern District Admissions No. 2877535
    Email: e.herrera@rcclaw.com
    1201 East Van Buren Street
    Brownsville, Texas 78520
    (956) 542-7441
    (956) 541-2170 Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on this 9th day of March, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.1(d).

    */s/Jaime A. Saenz*
    JAIME A. SAENZ